[No. 24040-8-II.   Division Two.   June 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-00677-5, Frederick W. Fleming, J., entered November 2, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 22902-1-II.   Division Two.   June 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ALLEN HEINECKE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00482-6, Don L. McCulloch, J., entered February 3, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 24426-8-II.   Division Two.   June 16, 2000.]

DONALD JAMES LYNCH, *Appellant*, v. CITY OF WINLOCK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-2-00888-3, David R. Draper, J., entered January 25, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.